IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| IVAN THOMAS, | : | Case No. 1:21-cv-313 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| ENHANCED RECOVERY COMPANY, LLC, et al., | : | |
| Defendants. | : | |

### ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 12) AND DISMISSING THIS ACTION WITH PREJUDICE

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 12), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety.  Accordingly, this case is **DISMISSED with prejudice** for Plaintiff's failure to comply with the Court's October 25, 2021 Deficiency Order (Doc. 11).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND